FRIGIDAIRE SALES CORPORATION, Respondent, v. SYRACUSE INVESTMENT CORPORATION, Appellant.— Judgment of County Court reversed on the law and judgment of Municipal Court affirmed, with costs in this court and in County Court on the ground that the annexing of the Frigidaire system to the realty was such that it lost its character as personal property and became a part of the real

---

* Affd., 264 N. Y. ——.

estate. (*Dryja* v. *Twarozynski*, 238 App. Div. 760, decided January 17, 1933.) (See Pers. Prop. Law, § 67.) All concur.